IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Plaintiff,                                 CIV S-11-2843 KJM GGH PS

   vs.

GENEVIEVE D. FERRY, et al.,

    Defendants.                          ORDER
_____/

         On December 1, 2011, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

         The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis, with one additional observation: Although defendants invoke defendants' rights and plaintiff's duties under federal law and 12 U.S.C. § 5220, defendants have not met their burden of establishing that removal is proper in
/////

1

light of the "strong presumption" against removal jurisdiction. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

Accordingly, IT IS ORDERED:

1. The Findings and Recommendations filed December 1, 2011, are ADOPTED, except for page 2, lines 6 to 12 and the case cite on page 3, lines 3-5;

2. This action is summarily remanded to the Superior Court for the State of California for the County of Nevada;

3. The Clerk is directed to serve a certified copy of this order on the Clerk of the Nevada County Superior Court, and reference the state case number (C11-172) in the proof of service; and

4. The Clerk is directed to close this case.

DATED:  January 19, 2012.

_____
UNITED STATES DISTRICT JUDGE